UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL VALDEZ, S-264952,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KING CITY CA MEMORIAL HOSPITAL,<br><br>　　　　　　Respondent. | Case No. 25-cv-02612-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　This habeas corpus action by a prisoner was filed on March 18, 2025. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

　　　　More than 60 days have passed, and petitioner still has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

　　　　The clerk is instructed to close the case and terminate all pending motions as moot.

　　　　**IT IS SO ORDERED**.

Dated: May 21, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge